Decision Per Curiam.

James B. Peacock and Charles B. Hargraves, Co-Partners Doing Business as Peacock & Hargraves, Appellants, v. Dixon H. Irvine, as Administrator of the Estate of J. L. Feaster, Deceased, Appellee.

(Supreme Court of Florida, Division B, May 31, 1905.)

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

*R. B. Bullock,* for Appellants.

*R. L. Anderson,* for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant and the complainants appeal. The decree is arffimd.

Decision Per Curiam.